UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORREY SELCK,

Plaintiff,

v.

ROBERT MATEY, et al.,

Defendants.

No. 2:26-cv-0662-DAD-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT LEAVE TO AMEND

(Doc. Nos. 14, 15)

Plaintiff initiated this civil action by filing a complaint on March 2, 2026, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On July 7, 2026, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because it failed to comply with Rule 8 of the Federal Rules of Civil Procedure and failed to state a cognizable claim against any of sixteen named defendants. (Doc. No. 14.) In addition, the magistrate judge found that the granting of further leave to amend would be futile given the nature of the identified pleading defects and plaintiff's history of filing similarly frivolous actions with this court that have been dismissed at the pleading stage. (*Id.* at 4.) Accordingly, the magistrate judge recommended that plaintiff's complaint be dismissed without leave to amend as frivolous. (*Id.*)

/////

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) On July 20, 2026, plaintiff filed twenty–two pages of single spaced[1] objections to the pending findings and recommendations along with 133 pages of attachments thereto. (Doc. 16.) To the extent those objections are decipherable, they are frivolous as is the case with plaintiff's complaint. Plaintiff's objections clearly provide no legitimate basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis. In addition, the motion for summary judgment (Doc. No. 15), filed by plaintiff the day after the issuance of the findings and recommendations, will be denied as having been rendered moot by this order of dismissal.

Accordingly:

1. The findings and recommendations issued July 7, 2026 (Doc. No. 14), are adopted in full;
2. Plaintiff's complaint (Doc. No. 1), is dismissed for failure to state a claim and as frivolous;
3. Plaintiff's motion for summary judgment (Doc. No. 15), is denied as moot in light of this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 22, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] Single spaced pleading are not permitted under this court's Local Rules.